

# APPEARANCE FORM FOR PRO SE LITIGANTS
# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Alan Kenneth Cherry
(Please print)

STREET ADDRESS: 2455 Lake Harbin Rd

CITY/STATE/ZIP: Morrow, GA 30260

PHONE NUMBER: 770-961-0665

CASE NUMBER: 3-CR-1049-1

FILED
MAR 21 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT